# MEMORANDUM

```
                                    USDS SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #: _____
                                    DATE FILED: 10/2/07
```

TO:     Honorable Lewis A. Kaplan
        U.S. District Judge

FROM:   Carlos Ramirez
        U.S. Pretrial Services Officer

RE: USA v. Nunez-Solano et al
DOCKET #: 1-07-CR-463-02(LAK)

The attached memorandum was prepared by Pretrial Services Officer
Carlos Ramirez                                           212-805-4136
_____     _____
        Name                                         Phone Number

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]  My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # _____ on _____ at _____ .
                                              Date            Time

[✓]  I request that a Bail Review Hearing be conducted by:

     [✓]  The presiding Magistrate Judge in courtroom # 5A.

     [ ]  The District Court Judge presiding in Part I.

     [ ]  _____ at his/her earliest convenience.
              Judicial Officer

[ ]  So ordered: _____   Date: 10/1/07
                    Judicial Officer